# **Exhibit E**

The Legal Aid Society Tweet and Statement
Endorsing Black Attorneys of Legal Aid Statement

10/15/2020 (2) The Legal Aid Society on Twitter: "**LAS Statement on the Critical Need to Acknowledge White Fragility and Organizations to Beco…

Case 1:21-cv-05960-KPF Document 1-6 Filed 07/12/21 Page 2 of 6



← **Thread**

**The Legal Aid Society** @ @LegalAidNYC · Jul 27
**LAS Statement on the Critical Need to Acknowledge White Fragility and Organizations to Become Anti Racist**

"To be anti racist to dismantle racism here at LA we must all recognize that white supremacy drives every policy and law, every opportunity and every advantage"



Janet Sabel and 3 others

💬 133   🔁 94   ♡ 191   ⬆

**The Legal Aid Society** @ @LegalAidNYC · Jul 27
Read our full statement here legalaidnyc org/wp content/upl

💬 7   🔁 4   ♡ 20   ⬆

**Replies**

**Anaïs Nin** @Kreeevka · Jul 27
Replying to @LegalAidNYC @JanetSabel and 3 others
@boogelymoogely •• you wanna tell them or should I? 😬

💬   🔁   ♡ 1   ⬆

🏳️‍🌈👑 @haitianfineappl · Jul 28
Replying to @LegalAidNYC @Janet abel and 3 others
@LSNYCnews y'all have plenty of racists in your top leadership, and among your staff You should address it too

💬   🔁   ♡ 1   ⬆

**Jim Shorts I/Me/My** @JimShor57847662 · Jul 28
Replying to @LegalAidNYC @Janet abel and 3 others
Nice *policy* you've developed.

💬   🔁   ♡ 2   ⬆

View more replies

**More Tweets**

**The Legal Aid Society** @ @LegalAidNYC · 19h
"They've taken children as young as 12 into interrogation rooms and given these children sodas or food, and even in some cases with children as young as 16 cigarettes and use that as a rouse to collect their DNA," -
@TerriRosenblatt

🔍 earch Twitter

**Relevant people**

**The Legal Aid Soci**
@LegalAidNYC
The nation's oldest
firm for low-income
individuals Making
humanity in NYC sin
#publicdefender

**Janet Sabel**
@JanetSabel
Attorney In Chief at
former Chief Deputy
the Attorney Genera

**Tina Luongo (They**
@TMLuongo
Queer GNC Chief D
Criminal Practice of
spouse and Baba to
and one lazy pitbull

**What's happening**

US elections · 10 minutes ago
Kamala Harris suspends tra
after two people close to
campaign test positive for
COVID-19
Trending with Liz Allen

#BoseFrames
New sport audio sunglasses.
📣 Promoted by Bose

etalk ✓ · Last night
Tobey Maguire, Andrew Ga
may join Tom Holland in ne
Spider-Man

The Daily Beast ✓ · 1 hour a
Rupert Murdoch Predicts a
Landslide Win for Biden

US elections · LIVE
Massachusetts: Election ne
updates

how more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twitt







July 27, 2020

Contact: Alejandra Lopez
The Legal Aid Society
ailopez@legal-aid.org
(917) 294-9348

# ***FOR IMMEDIATE RELEASE***

## *Legal Aid Statement on the Critical Need to Acknowledge White Fragility and Organizations to Become Anti-Racist*

(New York, NY) – The Legal Aid Society released the following statement in response to a recent New York Post Op Ed:

"In a recent New York Post Op Ed, the author, a public defender, takes the position that an anti-racist agenda is a chilling doctrine because it invites discrimination and that the theory of 'white fragility' is a 'small minded book which relentlessly insists all white people are racist and need to think about race all the time.' She denies the existence of structural and institutional racism. Unfortunately, the author is not alone in her view, especially those in public interest. Their position-that by the mere nature of working in public interest and being a public defender you get a pass at looking at your privilege, your role in social dominance and white supremacy. This racist perspective is disgusting and results in Black and Brown people being harmed by individuals in public interest roles, who are entrusted with serving Black and Brown clients and their communities. By virtue of the endemic nature of white supremacy, racism, and anti-Blackness in this country, Black and Brown people are routinely denied access to resources, face state violence, and are exploited by capitalist structures that ensure their marginalization. By ignoring these facts as someone who claims to work in this field, the author shows how they are not only complicit in this system of oppression, but seeks to gaslight communities of color who are vocally demanding change in this country.

As New York City's oldest and largest social justice law firm and the citywide public defender, founded over 140 years ago, we fight for justice for our clients, low income Black and Brown people, day in and day out. In all three of our practice areas, Civil, Juvenile Rights and Criminal Defense, we advocate against and litigate policies and laws that silence and oppress BIPOC and communities of color. Our staff dedicate their entire careers to the service of others. Yet, despite this work and history, despite the dedication and zealous representation, we have not taken on the internal work needed to build a truly anti-racist workplace. The time to change is now and as an organization we are committing to bravely have the much needed, and long overdue, conversations and engaging in the critical dialogue and discourse concerning racism, transphobia, sexism and intersectionality. Our BIPOC staff and clients deserve nothing less.

The mandate is a simple one. To be anti-racist, to dismantle racism here at LAS, and in every organization, we must all recognize that white supremacy drives every policy and law, every opportunity and every advantage. For those of us who are white, it is a recognition that power and privilege has been granted merely because we are white. While you have dedicated your life to public interest, you cannot do this work effectively and fully unless and until you face that reality and own that you are part of the problem. You cannot stop there, you must actively work to dismantle the systems that lend you privilege and oppress BIPOC people and communities. To push against the deep work needed to change and be threatened by the conversation, is the exact definition of white fragility. It exists, it is not simply a way for an author to sell books. It is used to make excuses for behavior, practice and treatment, and it is a tool used to promulgate white supremacy and the subjugation of BIPOC people. White people have a duty to no longer be silent and a responsibility to confront these systems of oppression and to shun all forms of white supremacy in our society, in our workplaces, and within our hearts and minds. Enough is enough."

Janet Sabel, Attorney in Chief and CEO

Adriene Holder, Attorney in Charge, Civil Practice

Dawne Mitchell, Attorney in Charge, Juvenile Rights Practice

Tina Luongo, Attorney in Charge, Criminal Defense Practice

Archana Jayaram, Chief Operating Officer

Scott Rosenberg, General Counsel

Allan Fox, Chief Human Resources Officer

Ciara Walton, Director of Diversity, Equity and Inclusion

Janelle Roundtree, Director of Employee Relations

Lou Sartori, Pro Bono Counsel and Director

###

*The Legal Aid Society exists for one simple yet powerful reason: to ensure that New Yorkers are not denied their right to equal justice because of poverty. For over 140 years, we have protected, defended, and advocated for those who have struggled in silence for far too long. Every day, in every borough, The Legal Aid Society changes the lives of our clients and helps improve our communities.*
*https://www.legalaidnyc.org/*