UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAUD MARON<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE LEGAL AID SOCIETY and<br><br>ASSOCIATION OF LEGAL AID ATTORNEYS,<br><br>　　　　　　　Defendants. | Civil Action No. 1:21-cv-05960 (KPF) |

# DECLARATION OF CHRISTOPHER D. BELELIEU IN SUPPORT OF DEFENDANT THE LEGAL AID SOCIETY'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

I, Christopher D. Belelieu, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a member of the bar of this Court and a partner of the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant The Legal Aid Society of New York. I am personally and fully familiar with the pleadings and proceedings in this case and the facts and matters set forth herein.

2. I submit this Declaration in support of Defendant The Legal Aid Society's Motion to Dismiss Plaintiff's First Amended Complaint.

3. Attached as <u>Exhibit A</u> is a true and correct copy of Plaintiff's Amended Complaint with accompanying exhibits, filed by Plaintiff on September 1, 2021 (Dkt. No. 24).

Dated: October 1, 2021  Respectfully submitted,
      New York, New York

*/s/ Christopher D. Belelieu*
Christopher D. Belelieu
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-3801
cbelelieu@gibsondunn.com

*Attorneys for Defendant
The Legal Aid Society*