# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Christopher D. Belelieu
Direct: +1 212.351.3801
Fax: +1 212.817.9301
CBelelieu@gibsondunn.com

October 1, 2021

VIA ECF & EMAIL

The Honorable Judge Katherine Polk Failla
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re: *Maron v. The Legal Aid Society et al.*, No. 1:21-cv-05960 (S.D.N.Y.)

Dear Judge Failla:

Pursuant to Rule 4(E) of Your Honor's Individual Rules of Practice in Civil Cases, Defendant The Legal Aid Society hereby requests oral argument on its motion to dismiss Plaintiff's First Amended Complaint.

Respectfully,

*/s/Christopher D. Belelieu*
Christopher D. Belelieu

cc: Counsel of Record (via ECF)

```
The Court is in receipt of Defendant's request for oral argument concerning
its Motion to Dismiss.  If the Court determines that oral argument would be
useful, it will promptly reach out to the parties.

The Clerk of Court is directed to terminate the pending motion at docket
entry 40.
                                          SO ORDERED.
Date:    October 4, 2021
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.