# <u>Exhibit 1</u>

2021 NYC Election Results
*New York Daily Times*

## 2021 NYC ELECTION RESULTS


The American Express
Business Platinum Card®.
Built for business.

Learn More

SECTIONS

SUBSCRIBE
4 weeks for only 99¢

LOG IN

NYC MAYOR    COMPTROLLER    PUBLIC ADVOCATE    DA    PROPOSALS    BORO PRESIDENT    COUNCIL

This page is updated every few minutes. Last update **11/10/2021, 11:23:02 AM**

MAYOR | COMPTROLLER | PUBLIC ADVOCATE

### New York
4614/5901 (78.19%)

| | | |
|---|---|---|
| Eric Adams ◯ | 676,481 | 66.5% |
| Curtis Sliwa | 293,127 | 28.8% |
| Catherine Rojas | 24,995 | 2.5% |
| William Pepitone | 11,668 | 1.1% |
| Quanda Francis | 3,462 | 0.34% |
| Stacey Prussman | 2,830 | 0.28% |
| Raja Flores | 2,155 | 0.21% |
| Fernando Mateo | 1,695 | 0.17% |
| Skiboky Stora | 250 | 0% |

FEEDBACK



SOURCE: Associated Press

★ ★ NEW YORK CITY MAYOR ★ ★

BACK TO TOP

### Mayor New York City



| CANDIDATE | VOTES | |
|---|---|---|
| ✓ Eric Adams (Dem) | 676,481 | **66.5%** |
| Curtis Sliwa (GOP) | 293,127 | **28.8%** |
| Catherine Rojas (Oth) | 24,995 | **2.5%** |

| | | |
|---|---|---|
| William Pepitone (Con) | 11,668 | **1.1%** |
| Quanda Francis (Oth) | 3,462 | **0.34%** |
| Stacey Prussman (Oth) | 2,830 | **0.28%** |
| Raja Flores (Oth) | 2,155 | **0.21%** |
| Fernando Mateo (Oth) | 1,695 | **0.17%** |
| Skiboky Stora (Oth) | 250 | **0%** |

78% of precincts reporting



★ ★  **NEW YORK CITY COMPTROLLER**  ★ ★

BACK TO TOP

## Comptroller New York City

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Brad Lander (Dem) | 674,229 | **68.8%** |
| Daby Carreras (GOP) | 233,328 | **23.8%** |
| Paul Rodriguez (Con) | 55,294 | **5.6%** |
| John Tabacco (Oth) | 17,563 | **1.8%** |

78% of precincts reporting

**FEEDBACK**



★ ★  **NEW YORK CITY PUBLIC ADVOCATE**  ★ ★

BACK TO TOP

## Public Advocate New York City

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Jumaane Williams (Dem) ⓘ | 668,385 | **67.7%** |
| Devi Nampiaparampil (GOP) | 237,910 | **24.1%** |
| Anthony Herbert (Con) | 67,669 | **6.9%** |
| Devin Balkind (Oth) | 12,923 | **1.3%** |

78% of precincts reporting



★ ★  **NEW YORK CITY DISTRICT ATTORNEY RACES**  ★ ★

BACK TO TOP

## District Attorney Manhattan

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ Alvin Bragg (Dem) | 182,828 | | **83.3%** |
| Thomas Kenniff (GOP) | 36,597 | | **16.7%** |

74% of precincts reporting

## District Attorney Brooklyn

| CANDIDATE | |
|---|---|
| ✔ Eric Gonzalez (Dem) ⓘ | Running Unopposed |

★ ★   **NEW YORK CITY PROPOSALS**   ★ ★

BACK TO TOP

### Proposal 1 - Amend Redistricting Process

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ No | 1,540,674 | | **55.8%** |
| Yes | 1,221,933 | | **44.2%** |

82% of precincts reporting

### Proposal 2 - Create Environmental Rights

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ Yes | 1,937,037 | | **69%** |
| No | 870,637 | | **31%** |

83% of precincts reporting

### Proposal 3 - Amend Voter Reg Deadline

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ No | 1,632,050 | | **57.6%** |
| Yes | 1,199,355 | | **42.4%** |

83% of precincts reporting

### Proposal 4 - Authorize No-Excuse Absentee

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ No | 1,591,652 | | **56.4%** |
| Yes | 1,229,037 | | **43.6%** |

83% of precincts reporting

### Proposal 5 - Raise NYC Civil Court Limit

| CANDIDATE | VOTES |
|---|---|

FEEDBACK



| | | |
|---|---|---|
| ✔ Yes | 1,703,215 | **62.2%** |
| No | 1,034,055 | **37.8%** |

82% of precincts reporting

★ ★ **NEW YORK CITY BOROUGH PRESIDENT RACES** ★ ★

BACK TO TOP

## Boro Pres-St Island Staten Island

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Vito Fossella (GOP) | 60,950 | **62%** |
| Mark Murphy (Dem) | 29,833 | **30.3%** |
| Leticia Remauro (Con) | 7,533 | **7.7%** |

87% of precincts reporting

## Boro Pres-Manhattan Manhattan

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Mark Levine (Dem) | 193,075 | **84.7%** |
| Louis Puliafito (GOP) | 30,567 | **13.4%** |
| Michael Lewyn (Oth) | 4,346 | **1.9%** |

76% of precincts reporting

## Boro Pres-Brooklyn Brooklyn

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Antonio Reynoso (Dem) | 217,949 | **72.6%** |
| Menachem Raitport (GOP) | 70,235 | **23.4%** |
| Anthony Jones (Oth) | 8,022 | **2.7%** |
| Shanduke McPhatter (Oth) | 4,163 | **1.4%** |

79% of precincts reporting

## Boro Pres-Queens Queens

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Donovan Richards (Dem) ⓘ | 160,081 | **65.8%** |
| Thomas Zmich (GOP) | 83,051 | **34.2%** |

79% of precincts reporting

## Boro Pres-Bronx Bronx

| CANDIDATE | VOTES |
|---|---|

FEEDBACK

✔ Vanessa Gibson (Dem)                    88,033                                          **79.7%**

Janelle King (GOP)                        15,126                                          **13.7%**

Sammy Ravelo (Con)                         7,276                                           **6.6%**

72% of precincts reporting

★★ **NEW YORK CITY COUNCIL RACES** ★★

BACK TO TOP

### City Council District 32

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ Joann Ariola (GOP) | 16,040 | | **67.6%** |
| Felicia Singh (Dem) | 7,443 | | **31.4%** |
| Kenichi Wilson (Oth) | 258 | | **1.1%** |

98% of precincts reporting

### City Council District 43

| CANDIDATE | VOTES | | |
|---|---|---|---|
| Brian Fox (GOP) | 12,145 | | **50.5%** |
| Justin Brannan (Dem) ⓘ | 11,890 | | **49.5%** |

97% of precincts reporting

### City Council District 48

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ Inna Vernikov (GOP) | 12,082 | | **63.9%** |
| Steven Saperstein (Dem) | 6,821 | | **36.1%** |

76% of precincts reporting

### City Council District 50

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ David Carr (GOP) | 20,485 | | **61.2%** |
| Sal Albanese (Dem) | 10,620 | | **31.7%** |
| George Wonica (Con) | 2,370 | | **7.1%** |

85% of precincts reporting

### City Council District 45

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ Farah Louis (Dem) ⓘ | 17,933 | | **94.3%** |
| Louis Cespedes (Oth) | 1,078 | | **5.7%** |

FEEDBACK

72% of precincts reporting

## City Council District 12

| CANDIDATE | |
|---|---|
| ✔ Kevin Riley (Dem) ⓘ | Running Unopposed |

## City Council District 40

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ Rita Joseph (Dem) | 18,631 | | **93.1%** |
| Constantine Jean-Pierre (GOP) | 1,373 | | **6.9%** |

88% of precincts reporting

## City Council District 17

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ Rafael Salamanca (Dem) ⓘ | 8,291 | | **80.2%** |
| Jose Colon (GOP) | 1,134 | | **11%** |
| Lattina Brown (Oth) | 908 | | **8.8%** |

55% of precincts reporting

## City Council District 37

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ Sandy Nurse (Dem) | 8,317 | | **86.4%** |
| Franklin Gonzalez (GOP) | 1,308 | | **13.6%** |

41% of precincts reporting

## City Council District 18

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ Amanda Farias (Dem) | 11,141 | | **87.1%** |
| Lamont Paul (GOP) | 1,645 | | **12.9%** |

65% of precincts reporting

## City Council District 8

| CANDIDATE | |
|---|---|
| ✔ Diana Ayala (Dem) ⓘ | Running Unopposed |

## City Council District 38

| CANDIDATE | VOTES | | |
|---|---|---|---|
| ✔ Alexa Aviles (Dem) | 8,627 | | **80.4%** |
| Erik Frankel (Con) | 2,101 | | **19.6%** |

FEEDBACK



44% of precincts reporting

## City Council District 3

| CANDIDATE | |
|---|---|
| ✔ Erik Bottcher (Dem) | Running Unopposed |

## City Council District 51

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Joseph Borelli (GOP) ⓘ | 33,166 | **85%** |
| Olivia Drabczyk (Dem) | 5,852 | **15%** |

100% of precincts reporting

## City Council District 6

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Gale Brewer (Dem) | 30,076 | **86.6%** |
| Nancy Sliwa (GOP) | 4,634 | **13.4%** |

96% of precincts reporting

## City Council District 4

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Keith Powers (Dem) ⓘ | 18,285 | **74%** |
| David Casavis (GOP) | 6,421 | **26%** |

78% of precincts reporting

## City Council District 24

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ James Gennaro (Dem) ⓘ | 11,284 | **71.8%** |
| Timothy Rosen (GOP) | 3,670 | **23.3%** |
| Mujib Rahman (Con) | 765 | **4.9%** |

64% of precincts reporting

## City Council District 23

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Linda Lee (Dem) | 12,353 | **63.6%** |
| James Reilly (GOP) | 7,078 | **36.4%** |

77% of precincts reporting

## City Council District 22

| CANDIDATE | VOTES |
|---|---|

FEEDBACK

✔ Tiffany Caban (Dem)    11,650    **63%**

Felicia Kalan (GOP)    5,770    **31.2%**

Edwin DeJesus (Oth)    1,084    **5.9%**

82% of precincts reporting

## City Council District 47

| CANDIDATE | VOTES | |
| --- | --- | --- |
| Ari Kagan (Dem) | 6,592 | **51.1%** |
| Mark Szuszkiewicz (GOP) | 6,309 | **48.9%** |

57% of precincts reporting

## City Council District 11

| CANDIDATE | VOTES | |
| --- | --- | --- |
| ✔ Eric Dinowitz (Dem) ⓘ | 13,336 | **80.2%** |
| Kevin Pazmino (GOP) | 3,301 | **19.8%** |

82% of precincts reporting

## City Council District 49

| CANDIDATE | VOTES | |
| --- | --- | --- |
| ✔ Kamillah Hanks (Dem) | 13,149 | **56.8%** |
| Patricia Rondinelli (GOP) | 9,474 | **40.9%** |
| Jason Price (Oth) | 535 | **2.3%** |

65% of precincts reporting

## City Council District 46

| CANDIDATE | VOTES | |
| --- | --- | --- |
| ✔ Mercedes Narcisse (Dem) | 15,914 | **62.8%** |
| Donald Cranston (GOP) | 9,408 | **37.2%** |

100% of precincts reporting

## City Council District 13

| CANDIDATE | VOTES | |
| --- | --- | --- |
| ✔ Marjorie Velazquez (Dem) | 9,427 | **55.4%** |
| Aleksander Mici (GOP) | 7,603 | **44.6%** |

81% of precincts reporting

## City Council District 44

| CANDIDATE | | |
| --- | --- | --- |
| ✔ Kalman Yeger (Dem) ⓘ | Running Unopposed | |

FEEDBACK

**City Council District 42**

CANDIDATE

✔ Charles Barron (Dem)                    Running Unopposed

---

**City Council District 41**

CANDIDATE                         VOTES

✔ Darlene Mealy (Dem)             15,015        **95.9%**

Scott Hutchins (Oth)                647          **4.1%**

62% of precincts reporting

---

**City Council District 39**

CANDIDATE                         VOTES

✔ Shahana Hanif (Dem)            28,292        **89.3%**

Brett Wynkoop (Con)               2,522          **8%**

Matthew Morgan (Oth)               884          **2.8%**

100% of precincts reporting

---

**City Council District 36**

CANDIDATE

✔ Chi Osse (Dem)                       Running Unopposed

---

**City Council District 35**

CANDIDATE                         VOTES

✔ Crystal Hudson (Dem)           27,330        **95.1%**

Regina Kinsey (Oth)               1,396          **4.9%**

98% of precincts reporting

---

**City Council District 34**

CANDIDATE                         VOTES

✔ Jennifer Gutierrez (Dem)       12,799        **90.8%**

Lutchi Gayot (Oth)                  655          **4.6%**

Terrell Finner (Oth)                642          **4.6%**

53% of precincts reporting

---

**City Council District 33**

CANDIDATE

✔ Lincoln Restler (Dem)                Running Unopposed

---

FEEDBACK



**City Council District 31**

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Selvena Brooks-Powers (Dem) ⓘ | 15,518 | **90.4%** |
| Vanessa Simon (GOP) | 1,655 | **9.6%** |

68% of precincts reporting

**City Council District 30**

| CANDIDATE | |
|---|---|
| ✔ Robert Holden (Dem) ⓘ | Running Unopposed |

**City Council District 29**

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Lynn Schulman (Dem) | 12,032 | **59%** |
| Michael Conigliaro (GOP) | 8,347 | **41%** |

78% of precincts reporting

**City Council District 28**

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Adrienne Adams (Dem) ⓘ | 12,098 | **88.4%** |
| Ivan Mossop (GOP) | 1,583 | **11.6%** |

61% of precincts reporting

FEEDBACK

**City Council District 27**

| CANDIDATE | |
|---|---|
| ✔ Nantasha Williams (Dem) | Running Unopposed |

**City Council District 26**

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Julie Won (Dem) | 14,123 | **77.2%** |
| Marvin Jeffcoat (GOP) | 4,161 | **22.8%** |

78% of precincts reporting

**City Council District 25**

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Shekar Krishnan (Dem) | 8,276 | **60.7%** |
| Shah Haque (GOP) | 2,667 | **19.6%** |
| Fatima Baryab (Oth) | 2,316 | **17%** |
| Suraj Jaswal (Oth) | 369 | **2.7%** |

66% of precincts reporting

58% of precincts reporting

**City Council District 21**

| CANDIDATE | |
|---|---|
| ✔ Francisco Moya (Dem) ⓘ | Running Unopposed |

**City Council District 20**

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Sandra Ung (Dem) | 6,862 | **59.6%** |
| Yu-Ching Pai (GOP) | 4,650 | **40.4%** |

68% of precincts reporting

**City Council District 19**

| CANDIDATE | VOTES | |
|---|---|---|
| Vickie Paladino (GOP) | 12,143 | **49.8%** |
| Tony Avella (Dem) | 10,490 | **43.1%** |
| John-Alexander Sakelos (Con) | 1,729 | **7.1%** |

100% of precincts reporting

**City Council District 16**

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Althea Stevens (Dem) | 9,203 | **90.8%** |
| Kajara Boyd (GOP) | 927 | **9.2%** |

62% of precincts reporting

**City Council District 15**

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Oswald Feliz (Dem) ⓘ | 6,654 | **83.9%** |
| Ariel Rivera-Diaz (GOP) | 1,277 | **16.1%** |

44% of precincts reporting

**City Council District 14**

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Pierina Sanchez (Dem) | 6,972 | **89%** |
| Shemeen Chappell (GOP) | 860 | **11%** |

50% of precincts reporting

**City Council District 10**

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Carmen De La Rosa (Dem) | 16,404 | **86.6%** |





Edwin de La Cruz (GOP)    2,543    **13.4%**

66% of precincts reporting

## City Council District 9

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Kristin Richardson Jordan (Dem) | 22,419 | **94.2%** |
| Alpheaus Marcus (GOP) | 1,369 | **5.8%** |

72% of precincts reporting

## City Council District 1

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Christopher Marte (Dem) | 15,055 | **71.6%** |
| Maud Maron (Oth) | 3,041 | **14.5%** |
| Jacqueline Toboroff (GOP) | 2,945 | **14%** |

72% of precincts reporting

## City Council District 7

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Shaun Abreu (Dem) | 18,250 | **89.3%** |
| Carmen Quinones (Oth) | 1,507 | **7.4%** |
| Jomo Williams (Oth) | 684 | **3.3%** |

67% of precincts reporting

## City Council District 5

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Julie Menin (Dem) | 20,216 | **74.4%** |
| Mark Foley (GOP) | 6,943 | **25.6%** |

90% of precincts reporting

## City Council District 2

| CANDIDATE | VOTES | |
|---|---|---|
| ✔ Carlina Rivera (Dem) ⓘ | 16,406 | **79.7%** |
| Allie Ryan (Oth) | 2,434 | **11.8%** |
| Juan Pagan (Oth) | 1,743 | **8.5%** |

68% of precincts reporting

FEEDBACK

ADVERTISEMENT



## NEW YORK POLITICS

New York offering chance at free college to kids who are vaccinated against COVID

De Blasio touts 4,500 COVID vaccinations for young kids during first NYC school drive, admits some supply issues

Cross Bronx Expressway, long a sooty stain, hopes to turn green after infrastructure bill's passage

NYC Mayor de Blasio's support of rezoning on the UES is a 'potential conflict of interest': community group

Queens Sen. Jessica Ramos is on a mission to bring universal childcare to New York

ADVERTISEMENT



ADVERTISEMENT



ADVERTISEMENT

FEEDBACK

ADVERTISEMENT

CONNECT

   

TRIBUNE PUBLISHING

Chicago Tribune

Orlando Sentinel

The Morning Call of Pa.

Daily Press of Va.

The Daily Meal

The Baltimore Sun

Sun Sentinel of Fla.

Hartford Courant

The Virginian-Pilot

Studio 1847

COMPANY INFO

Careers

Help Center

Manage Web Notifications

Place an Ad

Media Kit

Privacy Policy

Terms of Service

Contact Us

Site Map

Manage Subscription

Contests

Special Sections

Daily News archives

About Us

Copyright © 2021, New York Daily News

FEEDBACK