# Exhibit 2

Tell Maud Maron to Resign from Community Education Council 2
*Change.org*

change.org   Start a petition   My petitions   Browse   Membership   Log in

Petition details   Comments   Updates

# Tell Maud Maron to resign from Community Education Council 2



Coco Rhum started this petition to Maud Maron

In an article published in the New York Post on July 23, Community Education Council 2 President Maud Maron made problematic and ignorant comments dismissing the expansion of Culturally Responsive Education (CRE) in New York City schools. Ms. Maron has consistently attempted to undermine the Department of Education's push for more diverse and inclusive schools.

Community Education Councils (CECs) are bodies of elected parent representatives who shape the policies affecting students in their districts. As an elected representative, it is Ms. Maron's duty to represent the desires of her constituents — namely, students and families. An expansion of CRE in schools is something that we, the students of District 2, feel is imperative.

In regards to Culturally Responsive Education, Ms. Maron stated:

"The simplistic narrative that is being peddled is white privilege."

"What's confounding about this proposal is that it doesn't acknowledge the successes of students doing well in New York City public schools and instead identifies it as problematic white privilege."

"I think there is value in the culturally responsive education curriculum that is being discussed, but it runs the very real risk — as I have seen it implemented in my district — of making education an afterthought in our schools."

"They [the DOE] also have to deal with the inconvenient fact that somehow, low-income Asian students are outperforming all other groups in a system they argue historically and currently centers whiteness."

Ms. Maron's comments imply that CRE and academic rigor present an either/or decision for schools. We could not disagree more. CRE does not subtract anything; it adds value to the curriculum in all subjects. Research from the Coalition for Educational Justice has shown that up to 84% of the books NYC elementary school students read are written by white authors. Many students have taken history classes that have spent twice as much time on Europe as Africa, Asia, and Latin America combined. White-centered curricula restrict our worldviews, socio-cultural understanding, and our vocabularies.

Without CRE, students learn that whiteness is the default, which feeds micro and macro aggressions within our District 2 school communities. Some of the recent racist incidents in District 2 have been documented. Countless others go unreported. Ms. Maron's comments only serve to preserve this dangerous status quo.

Her comments also present education as a zero-sum game: if students of color benefit, white students must lose. This could not be more false. Some of us attend schools that are majority white in a school system that is only 15% white. We all desperately need a more culturally responsive curriculum.

Ms. Maron perpetuates the harmful "model minority" myth that those of us in the AAPI community, and our allies, have been working hard to counteract. Her divisive attempt to use Asian-American students as a "wedge" minimizes the diversity of the AAPI community and the complexity of the issues members of



**602 have signed.** Let's get to 1,000!

At 1,000 signatures, this petition is more likely to be featured in recommendations!

First name

Last name

Email

Gloucester, 01930
United States

☑ Display my name and comment on this petition

🔒 Sign this petition

By signing, you accept Change.org's Terms of Service and Privacy Policy, and agree to receive occasional emails about campaigns on Change.org. You can unsubscribe at any time.

that community face.

Finally, by treating CRE as an "extra" that detracts from education, Ms. Maron is blatantly disregarding the safety and comfort of the very students this mentality affects, many of whom reside in her district.

On July 25, members of Teens Take Charge, a student-led education advocacy organization, sent Ms. Maron an email requesting a public apology to the students and families of District 2. She did not respond.

She is using her elected position of power to promote her own opinions, not the interests of her diverse constituents. This behavior is unacceptable and cannot go unchecked.

Therefore, after attempting to deal with this matter privately, we must resort to publicly asking for her resignation. We need parent leaders who are committed to representing our interests and who understand the value of culturally responsive education.

And we need them now.

Sincerely,

Aniya (District 2 high school student)

Coco (District 2 high school alum)

Eli (District 2 high school alum)

Emma (District 2 high school student)

Gilana (District 2 high school student)

Hilary (District 2 high school alum)

Katherine (District 2 high school alum)

Melissa (District 2 high school student)

Natalie (District 2 high school student)

Nicole (District 2 high school alum)

Noel (District 2 high school alum)

Nora (District 2 high school alum)

Marcus (District 2 high school student)

Margo (District 2 high school alum)

Sarai (District 2 high school student)

Tiffani (District 2 high school student)

Toby (District 2 high school student)

Zoe (District 2 middle school alum)



**Start a petition of your own**
This petition starter stood up and took action. Will you do the same?

Start a petition

Report a policy violation

COMPANY
About
Impact
Careers
Team

COMMUNITY
Blog
Press

SUPPORT
Help
Guides
Privacy
Policies

CONNECT
Twitter
Facebook
Instagram

**Megan Devir** · 2 years ago

I am totally with you and hope that the NYC DOE can realize how harmful their continued validation of biased, inherently manipulable tests is to the critical cause of pursuing equity and racial justice in our city's schools.

♡ 3 · Report

View all reasons for signing

Report a policy violation

## Petitions promoted by other Change.org users

### Promoted by 1 supporter

**END THE DANCE UNIT**

Ok. You all know why you are here. To end the dance unit. We hate being forced to move like my mom is 92. So that's why I am making this petition. To END the dance unit. … Read more

**Sign the petition**

### Promoted by 9 supporters

**Help Save 92 Year Old Woman's Business Location of 20 Years**

My name is Billie Kelly, I am the … Read more

**Sign the petition**

### Promoted by 3,482 supporters

**Keep Gray Wolves Safe From Slaughter**

This is it. Interior Secretary David Bernhardt has declared a nationwide war on … Read more

**Sign the petition**

### Promoted by 67 supporters

**Keep the Pony rides at the Fort Wayne Zoo!**

It was recently decided by the Fort Wayne Children's Zoo that they would no … Read more

**Sign the petition**

### Promoted by 14 supporters

**Remove the Vaccine Requirement for the 2022 Boston Marathon**

Boston Athletic Association (BAA) … Read more

**Sign the petition**

### Promoted by 8 supporters

**Help Me Stand Up to a Bully!**

Mom was a loving parent, who enjoyed her family, her home, her friends, and her beloved pets. She was a retired registered nurse, who spent most of her life caring for … Read more

**Sign the petition**

### Promoted by 4 supporters

**Stop the Washington Avenue 2/3 Lane project!**

There is a project starting 2022 that has yet to be approved that will change … Read more

**Sign the petition**

### Promoted by 1,362 supporters

**LT COL Stuart Scheller's Resignation**

I am respectfully asking the Secretary of Navy to sign and honor the commitment … Read more

**Sign the petition**

### Promoted by 71 supporters

**Safer Chelsea Now!**

We, residents and business owners in the low-20s blocks of Chelsea between Eighth and Ninth Avenues, call on the 10th Precinct of the NYPD, Community Board 4, and our City … Read more

**Sign the petition**

### Promoted by 109 supporters

**Oppose the mandatory and forced COVID-19 vaccination of minors to attend in-person** … Read more

**Sign the petition**

### Promoted by 26 supporters

**Boycott promotion of travel to Saudi Arabia until LGBTQ are safe to live and travel there.**

Saudi Arabia is now encouraging … Read more

**Sign the petition**

### Promoted by 17 supporters

**Amazon: Bring back Tumble Leaf!!**

Tumble Leaf and amazon original children's show has been cancelled. This was a … Read more

**Sign the petition**

### Promoted by 44 supporters

**Sustain Public Safety + Reject "13-Storey" SRO in your 4 storey Neighbourhood**

### Promoted by 34 supporters

**Keep Holmen Dirt trails / Bevar Holmen Dirt cykelbane**

The oldest and most progressive dirt jump spot

### Promoted by 59 supporters

**CWA-IBT American Airline employees deserve equal treatment.**

storey Neighbourhood

Dear friends and community, BC ... Read more

Sign the petition

in Denmark has now been ordered ... Read more

Sign the petition

treatment!

As far as attendance points being ... Read more

Sign the petition

COMPANY
About
Impact
Careers
Team

COMMUNITY
Blog
Press

SUPPORT
Help
Guides
Privacy
Policies
Cookies

CONNECT
Twitter
Facebook
Instagram

© 2021, Change.org, PBC  Certified B Corporation
This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

English (United States)