# Exhibit 3

Manhattan teens call for ouster of school of school council rep who opposes DOE plan to diversify curriculum
*New York Daily Times*

11/10/21, 12:04 PM
Manhattan teens call for ouster of school council rep who opposes DOE plan to diversify curriculum - New York Daily News
Case 1:21-cv-05960-KPF Document 43-3 Filed 11/10/21 Page 2 of 8

SECTIONS     SUBSCRIBE 4 weeks for only 99¢     LOG IN

**NEW YORK'S HOMETOWN NEWSPAPER®** — Learn About Subscriptions

Kyle Rittenhouse breaks down on stand while testifying in murder trial 

Soccer player arrested after masked men beat her teammate with iron bars 

Actor Kal Penn of 'Kumar' family announces engagement

ADVERTISEMENT

EDUCATION     NEW YORK

# Manhattan teens call for ouster of school council rep who opposes DOE plan to diversify curriculum

By **MICHAEL ELSEN-ROONEY**
NEW YORK DAILY NEWS  |  JUL 31, 2019

  

FEEDBACK

TRIAL OFFER     **NEWS WITH NY ATTITUDE**
4 weeks for 99¢

SAVE NOW

11/10/21, 12:04 PM  Manhattan teens call for ouster of school council rep who opposed DOE plan to diversify curriculum - New York Daily News

Case 1:21-cv-05960-KPF  Document 43-3  Filed 11/10/21  Page 3 of 8




A petition to remove Maud Maron. (Change.org)

Listen to this article

Eighteen current and former high-schoolers in Manhattan's District 2 are calling on the elected parent president of the district's Community Education Council to resign after she publicly criticized proposed Education Department guidelines meant to address systemic bias and create a more diverse curriculum.

The teens, some of whom are members of the advocacy group Teens Take Charge, which has pushed to the city to integrate schools, said in a petition that council president Maud Maron, who's currently running for City Council, is misrepresenting "culturally responsive education" and advancing her own political interests.

TRIAL OFFER

NEWS WITH NY ATTITUDE
4 weeks for 99¢

SAVE NOW

11/10/21, 12:04 PM Manhattan teens call for ouster of school council rep who opposes DOE plan to diversify curriculum - New York Daily News

Case 1:21-cv-05960-KPF Document 43-3 Filed 11/10/21 Page 4 of 8

SAVE NOW
ADVE

"Her language is based on some pretty racist and harmful ideas," Coco Rhum, a 17-year-old graduate of District 2′s selective Beacon High School who co-wrote the petition, told the Daily News.

"She is using her elected position of power to promote her own opinions, not the interests of her diverse constituents," students wrote in the petition.

In an emailed response to students that Maron shared with The News, she said "the conversation around Culturally Responsive Education and the best means for closing New York's achievement gap is an important one" and invited the teens to "an open dialogue."

[More Education] De Blasio touts 4,500 COVID vaccinations for young kids during first NYC school drive, admits some supply issues »

Maron previously accused the the new guidelines of falsely pinning educational inequality on white privilege, and distracting from other educational priorities.

FEEDBACK

TRIAL OFFER    NEWS WITH NY ATTITUDE
                4 weeks for 99¢

SAVE NOW

SAVE NOW

The guidelines, a priority for schools Chancellor Richard Carranza, call on schools to use teaching techniques and materials relevant to students' backgrounds.

[More Education] NYC students don't have to take International Baccalaureate exams during Eid al-Fitr »

The guidelines also admit schools are shaped by "biases and inequities deeply rooted in this country's history" and ask schools to "identify and interrupt policies and practices that center historically advantaged social/cultural groups."

**MOST READ**

Kyle Rittenhouse breaks down on stand while testifying in murder trial

Soccer player arrested after masked men beat her teammate with iron bars

Actor Kal Penn of 'Harold and Kumar' fame comes out, announces engagement to longtime partner

Rhum said students who signed on to the petition saw those biases first-hand in classes that focused disproportionately on European history or used books mostly by white authors.

"Making education more inclusive of people's backgrounds…makes education more impactful," she said.

TRIAL OFFER   NEWS WITH NY ATTITUDE
               4 weeks for 99¢

SAVE NOW

11/10/21, 12:04 PM  Manhattan leeds call for ouster of school council rep who opposed DOE plan to diversify curriculum - New York Daily News

Case 1:21-cv-05960-KPF  Document 43-3  Filed 11/10/21  Page 6 of 8

SAVE NOW

Rhum also rejected Maron's concern that culturally responsive education can detract from teaching the basics of reading and math.

"It doesn't take away from becoming literate, it enhances it," she said.

The city's Panel on Education Policy will vote Wednesday night on adopting the new guidelines.

**Are They Being Honest? Run A Background Report Today!**
TruthFinder | Sponsored

**When A Space Camera Accidentally Captured This, It Left Astronauts Speechless**
Equity Mirror | Sponsorizzato

**Americans Are Abandoning These States, Here's Why**
moneywise.com | Sponsorizzato

**The Ingenious Reason There Are No Mosquitoes At Disney World**
Total Past | Sponsored

**Jada Pinkett Smith Revealed How She Really Felt After Her Son's Sudden Decision**
Unleashed Finance | Sponsorizzato

FEEDBACK

**If You See Coins Placed On A Gravestone, Here's What It Means**
Total Past | Sponsorizzato

TRIAL OFFER  NEWS WITH NY ATTITUDE
4 weeks for 99¢

SAVE NOW

11/10/21, 12:04 PM                     Manhattan needs savior: buster of school council rep who opposed DOE plan for diversity curriculum – New York Daily News

Case 1:21-cv-05960-KPF   Document 43-3   Filed 11/10/21   Page 7 of 8

SAVE NOW

## You May Like                                                                    Sponsored Links by Taboola

**Experts Warn If You See This Bug In Your Yard, Do This Quickly**
Wealth Editor

**These Cars Are So Loaded It's Hard to Believe They're So Cheap**
Luxury SUVs | Search Ads

**Dr. Kellyann: "Weight Loss After 50 Comes Down To This One Thing"**
Dr. Kellyann

**Most Beautiful High School Campuses in the U.S.**
FamilyMinded

ADVERTISEMENT

## CONNECT



FEEDBACK

## TRIBUNE PUBLISHING

Chicago Tribune                                                               The Baltimore Sun

TRIAL OFFER    NEWS WITH NY ATTITUDE
               4 weeks for 99¢

               SAVE NOW

Case 1:21-cv-05960-KPF Document 43-3 Filed 11/10/21 Page 8 of 8

Daily Press of Va.

The Daily Meal

**COMPANY INFO**

Careers

Help Center

Manage Web Notifications

Place an Ad

Media Kit

Privacy Policy

Terms of Service

**SAVE NOW**

The Virginian-Pilot

Studio 1847

Contact Us

Site Map

Manage Subscription

Contests

Special Sections

Daily News archives

About Us

Copyright © 2021, New York Daily News

**FEEDBACK**

**TRIAL OFFER**

**NEWS WITH NY ATTITUDE**
4 weeks for 99¢

**SAVE NOW**