# **Exhibit 4**

The Weekly: The Fight to Desegregate
New York Schools
*The New York Times*



# The Weekly

Watch Full Episode 16   ·   26:42

## The Fight to Desegregate New York Schools

Full episodes of The Weekly on **nytimes.com** are available to New York Times subscribers.

See subscription options

| The Weekly<br>Episodes | Series Trailer<br>A New TV Series from The New York Times on FX and Hulu | Full Episode 1<br>T.M. Landry School Sold Top Colleges 'A Sob Story Wasn't True |

Published Oct. 18, 2019   Updated Dec. 8, 2019

# Episode 16: 'Segregated City'

**Producer/Director** Sweta Vohra

Two teenagers — one black, the other white — growing up a few miles apart have had two very different experiences in the New York City public school system. The gap in the quality of their education has likely put them on unequal paths for the rest of their lives.

It wasn't supposed to be this way in New York, one of the country's most diverse cities with more than 8 million people and 800 languages. And yet, it has one of the most segregated school systems in the nation.

Our reporters Eliza Shapiro and Nikole Hannah-Jones follow a group of students fighting for a better, more just education in a new episode of "The Weekly." And Nikole sits down with the schools chancellor, Richard A. Carranza, who says he's on a mission to finally integrate the city's schools. Can he deliver on a decades-long promise of integration?

*[Join the conversation about @theweekly on Twitter and Instagram. #TheWeeklyNYT]*

---

**Episode 16 Trailer**

---

**Featured Reporters**



**Eliza Shapiro** is a Metro reporter covering New York City education. Eliza grew up in the city and attended public and private schools in Manhattan and Brooklyn. Since she joined The Times in 2018, Eliza has reported on Mayor Bill de Blasio's failed $773 million school improvement program, the reasons for the lack of black and Hispanic students at the city's elite high schools, a proposal to overhaul the city's gifted and talented system and a record number of homeless children in city schools. *Follow Eliza on Twitter: @elizashapiro.*



**Nikole Hannah-Jones** is a domestic correspondent for The New York Times Magazine focusing on racial injustice. She has written extensively about busing, the resegregation of American schools and the process of choosing a school for her own daughter. Nikole also led The Times's 1619 Project, which reframes America's origin story to put slavery and its legacy at the center. In 2016, Nikole co-founded the Ida B. Wells Society for Investigative Reporting, a training and mentorship program dedicated to increasing the number of investigative reporters of color. She received a MacArthur "Genius Grant" and has won a National Magazine Award, a Peabody and a Polk Award. *Follow Nikole on Twitter: @nhannahjones.*

**Complete Coverage**

- When Carranza became chancellor of New York City's public school system, the nation's largest, he made desegregation his top priority. One month on the job, he retweeted a video that originally aired on NY1, which documented an angry debate over an initiative to diversify middle schools in one Manhattan district. That move immediately made him a lightning rod.

  As he began his second year in charge, he seemed to be resetting public expectations. "If I integrated the system, the next thing I'm going to do is I'm going to walk on water," he told Eliza in an interview.

- Stuyvesant High School, one of New York's elite public schools, offered only seven of 895 slots in its 2019 freshman class to black students. This raised the pressure on officials to confront the decades-old challenge of integrating the city's schools, Eliza wrote.



Kevin Hagen for The New York Times

- Earlier this year, Mayor Bill de Blasio proposed a plan that would have scrapped the specialized entrance exam for Stuyvesant and New York City's other top public high schools. The contentious bill divided many families along racial lines, and in June, the state legislature failed to bring it up for a floor vote.

- Nikole shared her personal account of dealing with New York City's segregated school system in a Times Magazine essay about choosing a school for her daughter.

- In a news analysis on court-ordered school desegregation and the impact of busing on America's school systems, Nikole wrote that the argument that busing was a failure "is a lie." She wrote that busing, "transformed the South from apartheid to the place where black children are now the most likely to sit in classrooms with white children."

**Eliza's Top Takeaways**

- **Segregation isn't just a problem from the Jim Crow era.** New York City is home to one of the most segregated school districts in the country, threatening the city's self-image as a progressive bastion.

- **Students are leading the desegregation movement.** Some teenagers with the most at stake have helped force school integration to the forefront of New York's political agenda by confronting Mayor de Blasio, the schools chancellor Carranza and other leaders. Students have introduced their own proposals to help desegregate public schools, and many support eliminating the specialized high school admissions test and overhauling the city's gifted and talented programs.

- **Resistance to integration is rooted in some parents' fear that integration will take something away from their children.** New York has long maintained a two-tiered system in which parents with resources can send their children to the most popular and highest-performing schools, and black, Hispanic and low-income families are mired in under-enrolled and underperforming schools. Integration would mean that students with different academic abilities and strengths would learn together more often. Decades of research have shown that integration has led to improved academic performance for black and Hispanic students, with no harm to white students. And studies show all children benefit from learning in diverse classrooms.

The student organization Teens Take Charge held a rally in June against New York City's segregated school system, convening hundreds of students outside Tweed Courthouse near City Hall to call on Mayor Bill de Blasio and his schools chancellor, Richard Carranza, to take action.

**Show Notes**
Student protests, now and then.

Gabriella Angotti-Jones for The New York Times

1/4

**Where Are They Now?**

Marcus Alston is scheduled to graduate from high school in the spring. "The Weekly"/The New York Times/FX/Hulu

- **Marcus Alston** is a senior at Pace University High School in Manhattan's Chinatown neighborhood. He's starting his college applications and continues to work with Teens Take Charge to make "education more equitable for all New York City students, no matter their race, class, or neighborhood."

Coco Rhum graduated from the Beacon School, a public high school in Manhattan.  "The Weekly"/The New York Times/FX/Hulu

- **Coco Rhum** is in college, where she is taking courses about the philosophy of education. She's still involved with Teens Take Charge.

Maud Maron   "The Weekly"/The New York Times/FX/Hulu

- **Maud Maron** serves as vice president of the Community Education Council for District 2 in Manhattan and is running for a City Council seat in 2021. Maron is a reliable critic of Carranza's education policies, and she has become a target of Teens Take Charge activists like Marcus and Coco. This summer, the group called on Maron to resign her education council post after she criticized the city's proposals for a more culturally diverse curriculum and implicit bias training.

New York City's schools chancellor Richard A. Carranza.  "The Weekly"/The New York Times/FX/Hulu

- **Richard A. Carranza** has spoken about the need for integration since he arrived in New York City in April 2018. Now, he faces a high-stakes decision as to whether he and Mayor de Blasio should push ahead with an advisory committee's recommendation to eliminate the city's racially segregated gifted and talented programs. The mayor and schools chancellor are likely to take a year to decide.

---

**Senior Story Editors** Dan Barry, Liz O. Baylen, and Liz Day
**Director of Photography** Vanessa Carr
**Video Editors** Adrienne Haspel and Pierre Takal
**Associate Producer** Brennan Cusack