# Levy Ratner

*Attorneys*

| | | |
|---|---|---|
| Daniel J. Ratner | Dana E. Lossia* | Aleksandr L. Felstiner• |
| Pamela Jeffrey | Micah Wissinger | Jessica I. Apter* |
| Carl J. Levine* | Ryan J. Barbur | Rebekah Cook-Mack |
| David Slutsky* | Alexander Rabb | Geoffrey A. Leonard♦ |
| Allyson L. Belovin | Laureve D. Blackstone* | |
| Robert H. Stroup | Kimberly A. Lehmann* | |

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, NY 10011-7175
o 212.627.8100
f 212.627.8182
levyratner.com

*Of Counsel*

Patricia McConnell
Linda E. Rodd

*Special Counsel*

Richard A. Levy
Daniel Engelstein
Richard Dorn

November 24, 2021

**BY UPS AND ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: Maron v. Legal Aid Society, et al., Case No. 1:21-cv-05960-KPF

Dear Judge Failla:

Enclosed are courtesy copies of the below-referenced documents filed on this Court's ECF system:

- *Notice of Motion* (ECF No. 32);
- *Union Defendant's Memorandum of Law in Support of its Motion Pursuant to Fed. R. Civ. P. 12(B)(6) to Dismiss the First Amended Complaint* (ECF No. 33);
- *Declaration of Allyson L. Belovin in Support of Motion to Dismiss* and *Exhibit 1* (ECF Nos. 34 and 34-1);
- *Response in Opposition to Defendants' Motions to Dismiss the First Amended Complaint* (ECF No. 43);
- *Declaration of Jay M. Wolman* and *Exhibits 1 through 7* (ECF Nos. 43-1 through 43-8); and
- *Union Defendant's Reply in Further Support of Its Motion Pursuant to Fed. R. Civ. P. 12(B)6) to Dismiss the First Amended Complaint* (ECF No. 44).

Respectfully submitted,

*Daniela Mercado*
Daniela Mercado
Paralegal

cc: All counsel of record (letter via ECF only)

*Advancing the rights of everyone who works*

* Admitted in NY and NJ.    * Admitted in NY and CA.    ♦ Admitted in NY and MI.