**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MAUD MARON,

                      Plaintiff,

    -against-                                    21 **CIVIL** 5960 (KPF)

                                                                   **<u>JUDGMENT</u>**

THE LEGAL AID SOCIETY and ASSOCIATION
OF LEGAL AID ATTORNEYS,

                      Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 2, 2022, LAS's and ALAA's motions to dismiss are GRANTED in full; accordingly, the case is closed.

**Dated:** New York, New York

       June 3, 2022

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                    **BY:**         *K. Mango*

                                                                     **Deputy Clerk**